# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Teion Robert JOSEPH**<br>DOB: 1976; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-00333MJ |

Complaint for violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 28, 2024, at or near Tucson, in the District of Arizona, **Teion Robert JOSEPH**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is: one (1) Tec-9 handgun, one (1) M&P 5.7mm pistol, and one (1) Mac 10 handgun; said firearms having been shipped and transported in interstate or foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 28, 2024, Tucson Police Department (TPD) officers arrested **Teion Robert JOSEPH** for an outstanding felony warrant. During the surveillance prior to the arrest, TPD officers observed JOSEPH drive up to his residence on 18th Street while driving his vehicle. The TPD officers observed **JOSEPH** going in and out of his residence and re-enter his vehicle before he was asked to exit his vehicle. Officers arrested **JOSEPH** and during a Terry frisk found a glass methamphetamine pipe in his possession. Due to TPD officers observing **JOSEPH** going in and out of his residence several times along with the discovery of the drug paraphernalia on his person, TPD officers searched the vehicle incident to arrest and found a small bag on the center console containing a Tec-9 handgun bearing serial number AO14870 and a Tec-9 magazine. A subsequent execution of a search warrant of **JOSEPH's** residence led to the discovery of two additional firearms found in his bedroom: an M&P 5.7mm pistol and a Mac 10 handgun. A Mac10 magazine and an extended magazine with a 9mm round were also found in the bedroom.

A records check by law enforcement revealed that **Teion Robert JOSEPH** has the following prior felony convictions: Pima County Superior Court case number 20082746, conviction date of 12/01/2008 (Theft, Means of Transportation) for which he was sentenced to 3 years and 6 months prison and Pima County Superior Court case number 20083462, conviction date 12/01/2008 (Forgery) for which he was sentenced to 2 years and 6 months prison. Both convictions are felony offenses punishable by imprisonment for a term exceeding one year.

An ATF firearms nexus expert examined the firearms found in **JOSEPH's** vehicle and residence and determined that they were not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>SEAN C DORSEY *Digitally signed by SEAN C DORSEY Date: 2024.04.11 14:14:18 -07'00'* |
|---|---|
| AUTHORIZED BY AUSA *R. Arellano*  RAQUEL ARELLANO *Digitally signed by RAQUEL ARELLANO Date: 2024.04.11 14:07:11 -07'00'* | OFFICIAL TITLE<br>FBI TFO Sean Dorsey |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 11, 2024 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

CC: AUSA, USM, PTS